CRANE M. POMERANTZ, ESQ.
Nevada Bar No. 14103
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
E-mail: cpomerantz@clarkhill.com

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>STEINER BIOTECHNOLOGY LLC, a limited liability company, and GREGORY G. STEINER and ROSLYNN L. STEINER, individuals,<br>Defendants. | CASE NO. 2:26-cv-2410-CDS-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO ESTABLISH UNIFORM DEADLINE FOR DEFENDANTS TO ANSWER OR FILE RESPONSIVE PLEADING TO COMPLAINT** |

Defendants Steiner Biotechnology LLC ("Steiner"), Gregory G. Steiner ("Mr. Steiner"), and Roslynn L. Steiner ("Ms. Steiner"), by and through undersigned counsel, and Plaintiff the United States of America, through its counsel of record, hereby stipulate and agree as follows:

1. On August 6, 2026, Plaintiff filed a Complaint for Permanent Injunction against all Defendants. ECF No. 1 (Complaint). On August 12, 2026, Plaintiff filed a Notice of Filing Corrected Complaint to ensure compliance with the applicable local rules, although it had been informed that the original Complaint was acceptable. ECF No. 10 (Corrected Complaint). The Corrected Complaint preserved the original August 6 filing date.

2. There are three Defendants in this action, and their respective deadlines to answer or otherwise respond to the Complaint vary based upon the dates on which each Defendant was served.

3. Defendant Steiner Biotechnology LLC's Registered Agent was served with the Summons and Complaint on August 13, 2026. The due date for it to answer or file a responsive pleading is currently September 3, 2026.

4. Defendants Mr. and Ms. Steiner waived service of the Summons and Complaint on August 19, 2026. After waiver of service, the due date for their answer or responsive pleading is currently 19, 2026.

5. In the interest of efficiency and to avoid multiple staggered responsive pleadings, the parties have agreed to establish a uniform deadline for all Defendants to answer or file a responsive pleading.

6. Accordingly, the parties stipulate and agree that Defendants shall have through and including October 1, 2026, to answer or otherwise respond to Plaintiff's Complaint.

7. This stipulation is submitted by the parties in good faith and not for improper purposes or to cause undue delay.

DATED this 26th day of August 2026

**CLARK HILL PLC**

By */s/ Crane M. Pomerantz*
CRANE M. POMERANTZ, ESQ.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Attorney for Defendants*

**U.S. DEPARTMENT OF JUSTICE**

By */s/ Kyu Yun Kim*
KYU YUN KIM, ESQ.
Trial Attorney
450 Fifth Street, N.W.
Washington, DC 20044
*Attorneys for the United States of America*

IT IS SO ORDERED.

United States Magistrate Judge

DATED: August 27, 2026.